UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHOSEN FOR SUCCESS, a Nevada nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHICANOS POR LA CAUSA, INC., an Arizona nonprofit corporation,<br><br>Defendant. | Case No. 2:25-cv-01479-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Chosen for Success' Objection and Motion to Strike Defendant's Answer as Untimely. ECF No. 13. The Court considered the Motion and Defendant's Opposition (ECF No. 18).

The filer of the Objection and Motion to Strike is Rodney J. Taylor, Executive Director of Chosen for Success. ECF No. 13 at 2. Plaintiff's originating document (ECF No. 1) was also filed by Mr. Taylor. *Id*. at 2. As a business entity, Chosen For Success may not proceed in federal court other than through legal counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02, (1993) ("It has been the law for the better part of two centuries ... that a corporation may appear in the federal courts only through licensed counsel .... [T]hat rule applies equally to all artificial entities."). Thus, whether Chosen for Success is a corporation, limited liability company or formed as some other type of business entity, it cannot appear through its Executive Director. Chosen for Success must retain counsel. Failure to do so may result in dismissing this case.

At this time, the Court denies, without prejudice, Chosen for Success' Objection and Motion to Strike Defendant's Answer. The Court grants Chosen for Success thirty (30) days to retain counsel who may, if he/she so chooses, refile the Objection and Motion. If no counsel appears on behalf of Chosen for Success by or before December 8, 2025, Defendant may seek an Order to Show Cause why this matter should not be dismissed.

1  Accordingly, IT IS HEREBY ORDERED that the Objection and Motion to Strike Defendant's Answer as Untimely (ECF No. 13) is DENIED without prejudice.

IT IS FURTHER ORDERED that Plaintiff, Chosen for Success must appear through counsel no later than **December 8, 2025**. Failure to do so may result in an Order to Show Cause why this matter should not be dismissed.

Dated this 7th day of November, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE