UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHOSEN FOR SUCCESS,

    Plaintiff,

    v.

CHICANOS POR LA CAUSA, INC.,

    Defendant.

Case No. 2:25-cv-01479-RFB-EJY

**REPORT AND RECOMMENDATION**

This case commenced on August 12, 2025 with Plaintiff's Motion for Summary Judgment and Complaint. ECF No. 1. Because Plaintiff is a business entity, the Court ordered Plaintiff to appear through counsel no later than December 8, 2025. ECF No. 29. When Plaintiff failed to appear through counsel by that deadline, the Court issued an Order requiring Plaintiff to show cause in writing why this matter should not be dismissed in accordance with well settled law requiring business entities to appear in federal court through counsel. ECF No. 31. In its Order, the Court further explained that failure to respond to the Order to Show Cause would result in a recommendation to dismiss this action without prejudice. *Id.* Plaintiff did not respond to the Order to Show Cause or otherwise appeared through counsel.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice.

Dated this 13th day of January 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**<u>NOTICE</u>**

Under Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court holds

1

the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). The Ninth Circuit also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).