# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

CHOSEN FOR SUCCESS,

    *Plaintiff*,

    v.

CHICANOS POR LA CAUSA, INC.,

    *Defendant*.

Case No. 2:25-cv-01479-RFB-EJY

**DISMISSAL ORDER**

Before the Court is the Report and Recommendation of the Honorable Magistrate Judge Elayna J. Youchah (ECF No. 34), which was entered on January 13, 2026. Generally, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A party may file specific written objections to the findings and recommendations of a magistrate judge. See id.; see also Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. See Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by January 27, 2026. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

///

Therefore, **IT IS HEREBY ORDERED** the Report and Recommendation (ECF No. 34) is **ACCEPTED** and **ADOPTED** in full. This matter is **DISMISSED** without prejudice. The Clerk of Court is kindly instructed to enter judgment accordingly and close this case.

**DATED:** January 28, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**